# Exhibit G

-----Original Message-----
From: Jesus Bones [mailto:jbones@wwwilliamsinc.com]
Sent: Thursday, March 14, 2013 12:33 PM
To: Peter Vaque
Subject: P.O Attached

Peter,

Attached with this email is the PO. Do acknowledge the receipt and also advise the ETA.

Regards,

Jesus Bones
Purchasing Manager
W.W. Williams
835 West Goodale Boulevard.
Columbus, Ohio 43212
Tel:(614)465 3615
Fax:(614)573 0540
E-mail:JBones@wwwilliamsinc.com

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13



# PURCHASE ORDER

**W.W.Williams**

835 West Goodale Boulevard.
Columbus, Ohio 43212
Tel:(614)465 3602
Fax:(614)437 2584

Account #:Ww084300
Date : 03/14/2013
PO #: W313092

Ship To:
Attn:Raul Mendez
W.W. Williams
204 montana azul,
anthony, new mexico 88021
Tel:(866)545 0851

Supplier:
SPRINGTREE MEDIA GROUP
1224 Lakeview Drive
Franklin, TN. 37067
615-599-1505  ph
615-599-7852 fax
E-mail:PeterV@SpringTree.net

## ALL CURRENCY IN USD

Payment Term: Net 30 Days          Company Name: SPRINGTREE MEDIA GROUP
Shipping Term:UPS Ground Shipping  Sales Person: Peter Vaque

| Quantity | Description | Product Code | Unit Price | Extension |
|---|---|---|---|---|
| 106 | SHURE | PGX24SM58 | | $199.00 | $21,094.00 |

Shipping $0,000.00
Subtotal $0,000.00
Tax $0,000.00
Total $21,094.00

_____          _____
Authorized Signature                Name & Title

Thank You for Your Business

835 West Goodale Boulevard,Columbus, Ohio 43212 Tel:(614)465 3602 Fax:(614)437 2584 e-mail:ap@wwwilliamsinc.com

# Exhibit H

-----Original Message-----
From: Carter Monte [mailto:cmonte@wwwilliamsinc.com]
Sent: Monday, March 25, 2013 8:12 AM
To: todd@24hr-safety.com
Subject: P.O Attached

Todd Dartez,

Attached is the PO for the order do acknowledge the receipt and also advise the ETA for the delivery.

Thanks,
Carter Monte
Purchasing Manager
W.W. Williams
835 West Goodale Boulevard.
Columbus, Ohio 43212
Tel:(614)465 3612

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13



# PURCHASE ORDER

**Ship To:**
Attn: Malissa Preston
W.W. Williams
3149 Clarabelle Street
Columbus, GA 31903
Tel: (866)545 0851

835 West Goodale Boulevard.
Columbus, Ohio 43212
Tel:(614)465 3602
Fax:(614)437 2584

**Supplier:**
24 Hr Safety
4912 Railroad Street
Deer Park Texas 77536
Phone: 281-479-2407
Fax: 281-479-2404

*Account #: Ww084300*
*Date : 03/25/2013*
*PO #: W313092*

Payment Term: Net 30 Days          Company Name: 24 Hour Safety
Shipping Term: UPS Ground Shipping   Sales Person: Todd Dartez

**ALL CURRENCY IN USD**

| Quantity | Description | Product Code | Unit Price | Extension |
|---|---|---|---|---|
| 12 | MSA ALTAIR 4X 4 gas | MSA10107602 | $649.90.00 | $13,647.90 |
| 16 | ALTAIR 5 AALT5XALK0100C010 | MSA10116926 | $1,603.33 | $25,653.28 |
| | | | Total | Shipping $100.00 |
| | | | | Subtotal $39,401.18 |
| | | | | Tax $3,053.58 |
| | | | | $42,454.76 |

_Authorized Signature_    _Maucle Declande   Account-payable_
                          Name & Title

Thank You for Your Business

835 West Goodale Boulevard,Columbus, Ohio 43212 Tel:(614)465 3602 Fax:(614)437 2584 e-mail:ap@wwwilliamsinc.com

# Exhibit I

**From:** generalmanager@domainsbyproxy.com [mailto:generalmanager@domainsbyproxy.com]
**Sent:** Thursday, March 21, 2013 5:31 PM
**To:** jdreitler@ustrademarklawyer.com
**Subject:** 629120::WWWILLIAMSINC.COM

Dear Joseph Dreitler,

Thank you for your message concerning the domain name WWWILLIAMSINC.COM.

Domains By Proxy ("DBP") provides a proxy registration service that allows its customers to register domain names without listing their contact information in the public WHOIS database. Since DBP is listed as the registrant of all domain names for which it provides service, it may appear that DBP operates or has an interest in the domain name or website. That is not the case; DBP is neither a domain name registrar, nor a hosting provider.

We have forwarded your complaint via email to our customer. In this email we requested that our customer contact you no later than close of business on March 28, 2013. If our customer fails to respond to our request, we may then disclose the registrant's contact information.

Please let us know if you have any questions or concerns.

Very truly yours,

H. Fennell
Office of the General Manager
Domains By Proxy, LLC

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5695 - Release Date: 03/21/13

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13

# Exhibit J

**From:** generalmanager@domainsbyproxy.com [mailto:generalmanager@domainsbyproxy.com]
**Sent:** Monday, March 25, 2013 2:10 PM
**To:** Joseph Dreitler
**Subject:** RE: 629120::WWWILLIAMSINC.COM

Dear Joseph,

Thank you for writing. We have to follow our internal procedures so as not to violate our company policies. We appreciate your patience and will contact you with the appropriate information if our customer fails to act on our requirements.

Very truly yours,

D Preston
Office of the General Manager
Domains By Proxy, LLC

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5703 - Release Date: 03/25/13

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2240 / Virus Database: 2641/5710 - Release Date: 03/28/13