# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY ) | |
| ) | Case No. 2:13-cv-298 |
| ) | |
| Plaintiff, ) | Judge: Watson |
| ) | |
| v. ) | |
| ) | |
| DOMAINS BY PROXY, LLC ) | |
| ) | |
| and ) | |
| ) | |
| JEFFREY KEIL ) | |
| 4830 N. Miller Road ) | |
| Scottsdale, AZ 85251, ) | |
| ) | |
| and ) | |
| ) | |
| GOOGLE, INC. ) | |
| 1600 Amphitheatre Parkway ) | |
| Mountain View, CA 94043, ) | |
| ) | |
| and ) | |
| ) | |
| TCAST Communications ) | |
| 25115 Avenue Standford ) | |
| Ste B-210 ) | |
| Valencia, CA 91355, ) | |
| ) | |
| and ) | |
| ) | |
| JOHN DOES 1-10. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION TO EXTEND TIME TO ANSWER**

Pursuant to L.R. 7.1, Plaintiff The W.W. Williams Company hereby stipulates that the Answers tor Plaintiff's Verified Complaint for Defendants Google, Inc. and Jeffrey Keil are not due until such time as the Court orders these Defendants to file their answers.

/Mary R True/

Joseph R. Dreitler
Mary R. True
DREITLER TRUE LLC
137 E. State Street, Suite 101
Columbus, OH 43215
E-mail:  jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com
Telephone: (614) 545-6355
Facsimile:  (614) 241-2169

*Attorneys for Plaintiff*
*The W.W. Williams Company*

**CERTIFICATE OF SERVICE**

 This is to certify that on this 17th day of April, 2013, a copy of the foregoing was served upon counsel of record via the Court's electronic filing and notification system.  Copies of this document may be accessed through the Court's electronic filing system.

              _/Mary R True/_____
              Mary R. True