UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE W.W. WILLIAMS COMPANY | ) | |
| | ) | Case No. 2:13-cv-298 |
| Plaintiff, | ) | Judge: Watson |
| | ) | Magistrate Judge: Deavers |
| v. | ) | |
| DOMAINS BY PROXY, LLC, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL AS TO TCAST COMMUNICATIONS, INC.**

Pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure, Plaintiff, The W.W. Williams Company ("Plaintiff") hereby dismisses Defendant, TCAST Communications, Inc. from this action.

Dated:  April 19, 2013                                                    Respectfully submitted,

                                                                                       _____
                                                                                       Joseph R. Dreitler
                                                                                       Mary R. True
                                                                                       DREITLER TRUE LLC
                                                                                       137 E. State Street, Suite 101
                                                                                       Columbus, OH 43215
                                                                                       E-mail:  jdreitler@ustrademarklawyer.com
                                                                                                    mtrue@ustrademarklawyer.com
                                                                                       Telephone: (614) 545-6355
                                                                                       Facsimile:  (614) 241-2169

                                                                                       *Attorneys for Plaintiff*
                                                                                       *The W.W. Williams Company*

1

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of April, 2013, a copy of the foregoing was served upon counsel of record via the Court's electronic filing and notification system. Copies of this document may be accessed through the Court's electronic filing system. Service was also made upon Counsel for TCAST Communications, Inc., Thomas M. Gehar, via email to TMG@JMBM.com.

    /Mary R True/_____
Mary R. True