UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE W.W. WILLIAMS COMPANY | ) | |
| | ) | Case No. 2:13-cv-298 |
| | ) | |
| Plaintiff, | ) | Judge: Watson |
| | ) | |
| | ) | Magistrate Judge: Deavers |
| v. | ) | |
| | ) | |
| GOOGLE, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL AS TO DOMAINS BY PROXY, LLC**

Based upon the transfer of the wwwilliamsinc.com domain to Plaintiff, and pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure, Plaintiff, The W.W. Williams Company ("Plaintiff") hereby dismisses Defendant, Domains by Proxy, LLC from this action.

Dated:  April 22, 2013                                      Respectfully submitted,

/Joseph R. Dreitler/
Joseph R. Dreitler
Mary R. True
DREITLER TRUE LLC
137 E. State Street, Suite 101
Columbus, OH 43215
E-mail:  jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com
Telephone: (614) 545-6355
Facsimile:  (614) 241-2169

*Attorneys for Plaintiff*
*The W.W. Williams Company*

1

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of April, 2013, a copy of the foregoing was served upon counsel of record via the Court's electronic filing and notification system.  Copies of this document may be accessed through the Court's electronic filing system.

                                                   _/Mary R True/_____
                                                   Mary R. True