UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY, ) | |
| ) | Case No. 2:13-CV-298 |
| ) | |
| Plaintiff, ) | Judge Michael H. Watson |
| ) | |
| v. ) | Magistrate Judge |
| ) | Elizabeth P. Deavers |
| GOOGLE, INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED ORDER**

Following a status conference between the parties on April 19, 2013, the parties hereby agree, and it is therefore ORDERED, that:

1. By Friday, April 26, 2013, Google Inc. ("Google") will disable the @wwwilliamsinc.com domain and the following Gmail accounts:

> MCsikoswwwilliamsinc.com@gmail.com
> APwwwilliamsinc.com@gmail.com
> DJavier.wwwilliamsinc@gmail.com
> CMonte.wwwilliamsinc.com@gmail.com

2. The users at the email accounts listed in paragraph 1 were provided notice by Google that, absent objection from the users, Google would provide Plaintiff with identifying information that is readily available, including credit card information to the extent it exists, associated with the above-listed email accounts (collectively, the "Information") . Having received no objection, Google will provide plaintiff's counsel with the Information by Friday, April 26, 2013.

3. Upon confirmation by Google's counsel that the email accounts set forth in paragraph 1 above have been disabled, Plaintiff will dismiss Google from this suit with prejudice.

SO ORDERED.

/s/ Michael H. Watson
District Judge Michael H. Watson

AGREED:

/s Joseph R. Dreitler
Joseph R. Dreitler
Mary R. True
Dreitler True LLC
137 E. State St., Suite 101
Columbus, Ohio 43215
(614) 545-6355
(614) 241-2169 (Facsimile)
jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com

/s Kimberly Weber Herlihy
Kimberly Weber Herlihy
John M. Kuhl
Vorys Sater Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-8283
(614) 719-5021 (Facsimile)
kwherlihy@vorys.com
jmkuhl@vorys.com

2