UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY | ) |
| | ) Case No. 2:13-cv-298 |
| Plaintiff, | ) |
| | ) Judge: Watson |
| | ) |
| | ) Magistrate Judge: Deavers |
| v. | ) |
| | ) |
| GOOGLE, INC., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL AS TO GOOGLE, INC.**

Based upon Google, Inc.'s disabling the @wwwilliamsinc.com domain and the four (4) Gmail accounts listed in the Agreed Order (Dkt. 26), and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The W.W. Williams Company hereby dismisses Defendant Google, Inc. from this action.

Dated:  May 2, 2013

Respectfully submitted,

/Joseph R. Dreitler/
Joseph R. Dreitler
Mary R. True
DREITLER TRUE LLC
137 E. State Street, Suite 101
Columbus, OH 43215
E-mail:  jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com
Telephone: (614) 545-6355
Facsimile:  (614) 241-2169

*Attorneys for Plaintiff*
*The W.W. Williams Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of May, 2013, a copy of the foregoing was served upon counsel of record via the Court's electronic filing and notification system. Copies of this document may be accessed through the Court's electronic filing system.

                                                        _/Mary R True/_____  
                                                        Mary R. True